# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2797
_____

Luther R. Terry,

    Appellant,

v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

November 3, 2025

Per Curiam.

    Affirmed.

Bilbrey, Kelsey, and Nordby, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Tyler K. Payne, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Michael L. Schaub, Assistant Attorney General, Tallahassee, for Appellee.